# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-956
LT Case No. 2008-CF-357-A

_____

RODRIGUEZ VONDEZ WEATHERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 appeal from the Circuit Court for Citrus County.
Joel Fritton, Judge.

Wade M. Whidden, of Whidden Johnson, P.L., Tampa, for Appellant.

No Appearance for Appellee.

January 9, 2024

PER CURIAM.

AFFIRMED.

MAKAR, WALLIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____